## THE STATE *v.* SAMUEL CLENDENNEN et al.

Where a party has been arrested for gambling the sheriff has no authority to take bail for his appearance, without an order of court fixing the amount of the bond, and directing him to take it ; if he does so, the sureties are not bound.

APPEAL from the District Court of Caddo, *Jones*, J. *J. B. Mathews*, for the State. *B. L. Hodge*, for defendants. The judgment of the court was pronounced by

PRESTON, J. The defendant having been indicted for violating the laws against gaming, a *capias* was issued against him. He was arrested by the sheriff, who released him, on his giving bond and security for his appearance, from day to day and term to term of the court, to answer the charge, until discharged by due course of law. He failed to appear, though he and his sureties were duly called, the bond was declared forfeited and judgment rendered against him and the sureties, for its amount; and they have appealed. The sheriff had no power to bail the accused. There was no order of court fixing the amount of the bond, or directing the sheriff to take it. It was, therefore, executed without authority, and is not binding upon the sureties.

It is ordered, that the judgment of the district court be reversed.